| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| United States of America, | § § | **Government Collection** |
| Plaintiff, | § § | |
| vs. | § § | Civil Action _____ |
| | § | (CDCS: 2024A16745) |
| Karla Baeza, | § § | |
| Defendants. | § | |

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2. *Venue.* The defendant resides in Harris County, Texas, and may be served with process at 1255 Eldridge Pkwy #836, Houston, Texas 77077.

3. *The Debt.* The debt owed to the United States arose through a promissory note from the U.S. Small Business Administration, see Exhibit A. The debt on the date of the Certificate of Indebtedness, Exhibit B was:

    A.  Current principal                                                                  $     5,387.60

    B.  Interest (capitalized and accrued)                                                 $       155.24

    C.  Administrative fees, costs, penalties                                              $     2,178.71
        (Including $405.00 Filing fee)

    D.  Balance due                                                                        $     7,721.55

    E.  Prejudgment interest accrues at 1.75% per annum being $0.26 per day.

    F.  The current principal in paragraph 3 A is after credits of $9,192.00.

4. *Default*. The United States has demanded that the defendant pay the indebtedness, and the defendant has failed to pay it.

5. *Prayer*. The United States prays for judgment for:

   A. The sums in paragraph 3, pre-judgment interest, administrative costs and post-judgment interest; and

   B. Other relief the court deems proper.

Respectfully submitted,

CERSONSKY & MCANELLY, P.C.

By: */s/ M. H. Cersonsky*
M. H. Cersonsky, TBN: 04048500
Email: mhcersonsky@law-cmpc.com
1770 St. James Place, Suite 150
Houston, Texas 77056
Telephone: (713) 600-8500
Fax: (713) 600-8585

Attorneys for Plaintiff